**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MONTANA**

**BUTTE DIVISION**

| | |
|---|---|
| **IN RE: SNOWFLAKE, INC., DATA SECURITY BREACH LITIGATION**<br><br>**This Document relates to Defendant Neiman Marcus Group LLC only** | 2:24-MD-03126-BMM |

**JOINT NOTICE OF SETTLEMENT AND MOTION TO STAY <u>ALL DEADLINES PENDING APPROVAL OF CLASS ACTION SETTLEMENT</u>**

Plaintiffs in the pending MDL-3126 actions against Defendant, Neiman Marcus Group LLC ("Defendant Neiman"), and Defendant Neiman (Plaintiffs and Defendant Neiman, collectively "Parties"), jointly provide notice to the Court that the Parties have reached an agreement in principle on the material terms of a classwide settlement. The Parties intend to file their settlement agreement, along with Plaintiffs' Motion for Preliminary Approval, on or before April 4, 2025.

In light of the settlement, the Parties respectfully move the Court for an order staying all deadlines involving the Parties, pending the filing of Plaintiffs' Motion for Preliminary Approval and thereafter Plaintiffs' Motion for Final Approval of the settlement.

Dated: February 3, 2025.

Respectfully Submitted,

/s/John Heenan

John Heenan
**HEENAN & COOK**
1631 Zimmerman Trail
Billings, MT 59102
Phone: (406) 839-9091
Fax: (406) 839-9092
john@lawmontana.com

*Counsel for Plaintiff and the Proposed Class*