## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## BUTTE DIVISION

|  |  |
|---|---|
| **IN RE: SNOWFLAKE, INC., DATA SECURITY BREACH LITIGATION** | 2:24-MD-03126-BMM <br><br> **ORDER GRANTING JOINT MOTION TO DISMISS CLAIMS BY NEIMAN MARCUS PLAINTIFFS AGAINST DEFENDANT SNOWFLAKE INC. WITH PREJUDICE** |

AND NOW, on this 19th day of December 2025, upon consideration of the Joint Motion to Dismiss Claims by Neiman Marcus Plaintiffs Against Defendant Snowflake Inc. With Prejudice, filed by Snowflake Inc., together with Marc Reichbart, Jamillah Sherman, Chrystal Pelosi, Anastasia Kouriatova, and Ron Slomowicz, it is hereby ORDERED, DECREED, and ADJUDGED as follows:

All claims asserted by the Neiman Marcus Releasing Parties against Snowflake in the Neiman Marcus Action and Neiman Marcus Related Actions are hereby dismissed with prejudice. The Neiman Marcus Releasing Parties are hereby permanently enjoined from commencing or further prosecuting (either

directly, representatively, or in any other capacity) any Neiman Marcus Released

Claim against Snowflake.

Dated this 19th day of December, 2025.


_____

Brian Morris, Chief District Judge
United States District Courts